**Sam and Maria CARDIELLO,**
**Plaintiffs–Appellants,**

v.

**THE MONEY STORE, et al,**
**Defendants–Appellees.**

**No. 01–7774.**

United States Court of Appeals, Second Circuit.

March 15, 2002.

Paul Grobman, New York, NY; Neal A. Deyoung on the brief, for Appellants.

Martin I. Kaminsky, Pollack & Kaminsky, New York, NY; W. Hans Kobelt on the brief, for Appellee.

Present: McLAUGHLIN, JACOBS, and KEITH *, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be AFFIRMED substantially for the reasons stated in Judge Bu-

---

* Honorable Damon J. Keith, of the United States Court of Appeals for the Sixth Circuit, sitting by designation.

chwald's Memorandum and Order dated May 31, 2001. Appellants' Truth in Lending Act ("TILA") claim is barred by the one-year statute of limitations. *See* 15 U.S.C. 1640(e). Moreover, Appellants' claim fails on the merits; they have not demonstrated that Appellees violated TILA.

We affirm the District Court's dismissal of Plaintiffs Appellants' claim under the Real Estate Settlement Procedures Act and their claim to enforce the Federal Trade Commission agreement for the reasons stated in Judge Buchwald's Memorandum and Order.